IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

GLENN WEBER,

    Plaintiff,

v.

RACHEL L. WIELAND and
JEREMY (last name unknown),

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 17-cv-257-wmc

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered denying plaintiff Glenn Weber leave to proceed and dismissing this case without prejudice for lack of subject matter jurisdiction.

/s/                                                       10/19/2017

Peter Oppeneer, Clerk of Court                       Date